AO 256

CRIMINAL DOCKET U.S. District Court

PMP(RJJ)

| Po | Misd. | Felony | District | Off | Judge/Magistr. (Assigned / Disp./Sentence) |
|---|---|---|---|---|---|
| | | X | 0978 | 2 | 7810 |

WRIT / JUVENILE / ALIAS / OFFENSE ON INDEX CARD

U.S. vs. LASPRILLA, JULIAN (LAST, FIRST, MIDDLE)

fugitive

NED

Date Filed: Mo. 8 Day 14 Yr. 91

No. of Def's: 5

Docket No.: 91 0191 01

U.S. MAG. CASE NO. 91-280-MLD

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | |
|---|---|---|---|
| 18/371 | CONSPIRACY TO VIOL 18/472 | CT 1 | 1 |
| 18/472 | POSSESSION OF COUNTERFEIT US OBLIGATIONS | CT 2 | 1 |
| 18/472 | UTTERING COUNTERFEIT US OBLIGATIONS | CT 3 | 1 |
| 18/2 | AIDING AND ABETTING IN VIOL OF 18/472 | CT 2 | 1 |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE: 8/8/91 EARLIEST OF: X arrest; sum'ns; custody; appears–on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE: 8/14/91 APPLICABLE: X Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony-W/waiver

a) 1st appears on pending charge /R40; b) Receive file R20/21; c) Supsdg: Ind Inf; d) Order New trial; e) Remand; f) G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE: Dismissal; Pled guilty; Nolo; After N; After nolo; Trial (voir dire) began; Jury; N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds; W.P.; WOP; on motion

## III. MAGISTRATE

Search Warrant: Issued / Return; Summons: Issued / Served; Arrest Warrant Issued; COMPLAINT — DATE — INITIAL/NO.

INITIAL APPEARANCE DATE; PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled, Date Held; WAIVED; NOT WAIVED; INTERVENING INDICTMENT; Tape Number

OUTCOME: DISMISSED; HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest | OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information:

2) Campo 3) Sandoval 4) Quintero 5) Teran

RULE 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U. S. Attorney or Asst.

ANTHONY S. MURRY AUSA

701 E. Bridger Av #800, Las Vegas, NV 89101 (702) 388-6336

Defense: 1 X CJA. 2 Ret. 3 Waived. 4 Self. 5 Non / Other. 6 PD. 7 CD

34-41 88 St. Jackson Heights
Queens, NY

~~William H. Smith~~
~~520 S. 4th St~~
~~Las Vegas, NV 89101~~
~~(702) 384-5563~~
~~Voucher #0446346~~

Warrant 4-1-92

BAIL • RELEASE

PRE-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; PSA; AMOUNT SET $; Conditions: 10% Dep; Surety Bond; Collateral; 3rd Prty; Other; Date Set; Bail Not Made; Date Bond Made

POST–INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; PSA; AMOUNT SET $; Conditions: 10% Dep; Surety Bond; Collateral; 3rd Prty; Other; Date Set; Bail Not Made; Date Bond Made

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS — Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

DATE

DOCUMENT NO.

Yr. | Docket No. | Def.

MASTER DOCKET - MULTIPLE DEFENDANT CASE

PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

PAGE ___ OF ___

VI EXCLUDABLE DELAY

| Start Date / End Date | Ltr. Code | Total Days |
| --- | --- | --- |

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

CONTINUED TO PAGE ___

LETTER CODES

For identifying periods of excludable delay per 18 USC 3161 (h) (Sections in brackets)

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1) (A)]

B NARA exam (18 USC 2902) [(1) (B)]

C State/Fed.l proceedings on other charges [(1) (D)]

D Interlocutory appeal [(1)(E)]

E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]

F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 6a [(1)(G)]

G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]

H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]

5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]

6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]

7 Consideration by Court of proposed plea agreement [(1)(I)]

I Prosecution deferred by mutual agreement [(2)]

M Unavailability of defendant or essential witness [(3)(A,B)]

N Period of mental/physical incompetence of def. to stand trial [(4)]

O Period of NARA commitment/treatment [(5)]

P Superseding indictment and/or new charges [(6)]

R Def. awaiting trial of co-defendant & no severance has been granted [(7)]

T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]

T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]

T2 Case unusual or complex [(8)(B,ii)]

T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]

T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]

U Time up to withdrawal guilty plea, 3161(i)

W Grand Jury indictment time extended 30 more days, 3161 (b)

AO 256 (Rev. 2/86)

CRIMINAL DOCKET - U.S. District Court

| PO. | Misd. | Felony X | District 0978 | Off 2 | Assigned 7810 | Judge/Magistr. |
|---|---|---|---|---|---|---|

WRIT / JUVENILE / ALIAS — OFFENSE ON INDEX CARD

U.S. vs. CAMPO, GIOVANNA (LAST, FIRST, MIDDLE) PMP (RJJ)

closed #83 CLOSED

Date Filed: Mo. 8 Day 14 Yr. 91 — No. of Def's 5

Docket No. 91 0191 — Def. 02

U.S. MAG. CASE NO. 91-280-MLRL

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | |
|---|---|---|---|
| 18/371 | CONSPIRACY TO VIOL 18/472 | CT 1 | 1 |
| 18/472 | POSSESSION OF COUNTERFEIT US OBLIGATIONS | CT 2 | 1 |
| 18/472 | UTTERING COUNTERFEIT US OBLIGATIONS | CT 4 | 1 |
| 18/2 | AIDING AND ABETTING IN VIOL OF 18/472 | CTS 2&4 | 2 |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE: 8/8/91 EARLIEST OF: X arrest, sum'ns, custody, appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE: 8/14/91 APPLICABLE — X Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony-W/waiver

a) 1st appears on pending charge /R40 b) Receive file R20/21 c) Supsdg: Ind Inf d) Order New trial e) Remand f) G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE — Dismissal; Pled guilty; Nolo; After N.G.; After nolo; Trial (voir dire) began; Jury; N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds W.P. WOP |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## III. MAGISTRATE

| | | DATE | INITIAL/NO. |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT | | | |

INITIAL APPEARANCE DATE — PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled — Date Held — WAIVED — NOT WAIVED — Tape Number — INTERVENING INDICTMENT

OUTCOME: DISMISSED; HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest — OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information:
1) Lasprilla 3) Sandoval 4) Quintero 5) Teran

RULE 20 21 40 In

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst.
Anthony S. Murry Ausa
701 E. Bridger Av #800, Las Vegas, NV 89101 (702) 388-6336

Defense: 1 X CJA. 2 Ret. 3 Waived. 4 Self. 5 Non / Other. 6 PD. 7 CD

1040 North Av
Elizabeth, NJ

~~William Carrico~~
~~300 S 4th St #1510~~
~~Las Vegas, NV 89101~~
~~(702) 388-0098~~
~~Voucher #0446345~~

#861 BOND INFO
TYPE 10% 5,000.00
POSTED 8-12-91
EXON'D

9-3-91 warrant

BAIL • RELEASE

PRE-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. R; PSA; AMOUNT SET $; Conditions: 10% Dep; Surety; Collateral; 3rd Prty; Other; Date Set; Bail Not Made; Date Bond Made

POST-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers.; PSA; AMOUNT SET $; Conditions: 10% D; Surety; Collat; 3rd Pr; Other; Date Set; Bail Not Made; Date Bond Made — I

Docket Entries Begin On Reverse Side

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

DATE
DOCUMENT NO.

Yr. | Docket No. | Def.

MASTER DOCKET - MULTIPLE DEFENDANT CASE
PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

PAGE ___ OF ___

VI EXCLUDABLE DELAY
Start Date / End Date | Ltr. Code | Total Days

(OPTIONAL) Show last names of defendants

V. PROCEEDINGS

SPEEDY TRIAL CALCULATIONS

Interval I
Gross days - 6
Less excludable - 0
Net days - 6

Interval II
Gross days - 1526
Less excludable - M=1506
Net days - 20

CONTINUED TO PAGE

LETTER CODES

For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1) (A)]
B NARA exam (18 USC 2902) [(1) (B)]
C State/Fed.l proceedings on other charges [(1) (D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 6a [(1)(G)]
G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]
R Def. awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]
T2 Case unusual or complex [(8)(B,ii)]
T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161 (b)

I

AO 256 (Rev. 2/86)

Spanish

CRIMINAL DOCKET U.S. District Court

PMP (RJJ)

Closed

NED

| | | | |
|---|---|---|---|
| PG | 0978 | 2 | Assigned 7810 |
| Misd. | | | Disp./Sentence |
| Felony X | District | Off | Judge/Magistr. |

WRIT / JUVENILE / ALIAS / OFFENSE ON INDEX CARD

U.S. VS. SANDOVAL, JAIRA (LAST, FIRST, MIDDLE)

Date Filed: Mo. 8 Day 14 Yr. 91 — No. of Def's 5

Docket No. 91 0191 Def. 03

U.S. MAG. CASE NO. 91-280-M-LRL

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | |
|---|---|---|---|
| 18/371 | CONSPIRACY TO VIOL 18/472 | CT 1 | 1 |
| 18/472 | POSSESSION OF COUNTERFEIT US OBLIGATIONS | CT 2 | 1 |
| 18/2 | AIDING AND ABETTING IN VIOL OF 18/472 | CT 2 | 1 |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE: 8/8/91 — EARLIEST OF: X arrest; sum'ns; custody; appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE: 8/14/91 — APPLICABLE: X Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony-W/waiver

KEY DATE: a) 1st appears on pending charge /R40; b) Receive file R20/21; c) Supsdg: Ind Inf; d) Order New trial; e) Remand; f) G/P Withdrawn

END INTERVAL TWO — KEY DATE — APPLICABLE: Dismissal; Pled guilty; Nolo; After N.; After no; Trial (voir dire) began; Jury; N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds W.P. WOP |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## III. MAGISTRATE

| | | DATE | INITIAL/NO. |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT | | | |

INITIAL APPEARANCE DATE; PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled; Date Held; WAIVED; NOT WAIVED; INTERVENING INDICTMENT; Tape Number

OUTCOME: DISMISSED; HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest | OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information:

1) Lasprilla 2) Campo 4) Quintero 5) Teran

RULE 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U. S. Attorney or Asst.

ANTHONY S. MURRY AUSA

701 E. Bridger Av #800, Las Vegas, NV 89101 (702) 388-6336

Defense: 1 CJA. 2 Ret. 3 Waived. 4 Self. 5 Non / Other. 6 X PD. 7 CD

142 Chilton St
Elizabeth, NJ 07202

~~Matthew Bockmon~~ AFPD

ALBREGTS

BOND INFO 10% TYPE 5,000.00 POSTED 8-14-91 EXON'D 2-15-92 (#885)

BAIL • RELEASE

PRE-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; PSA; AMOUNT SET $; Conditions: 10% Dep; Surety Bond; Collateral; 3rd Prty; Other; Date Set; Bail Not Made; Date Bond Made

POST-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; PSA; AMOUNT SET $; Conditions: 10% Dep; Surety Bond; Collateral; 3rd Prty; Other; Date Set; Bail Not Made; Date Bond Made (I)

APPEALS FEE PAYMENTS

Docket Entries Begin On Reverse Side

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

DATE | Yr. | Docket No. | Def.

DOCUMENT NO.

MASTER DOCKET - MULTIPLE DEFENDANT CASE

PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

PAGE ___ OF ___

VI EXCLUDABLE DELAY

Start Date / End Date | Ltr. Code | Total Days

(OPTIONAL) Show last names of defendants

V. PROCEEDINGS

SPEEDY TRIAL CALCULATIONS

Interval I
Gross days - 6
Less excludable - 0
Net days - 6

Interval II
Gross days - 236
Less excludable - T=208
Net days - 28

CONTINUED TO PAGE ___

LETTER CODES

For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1) (A)]

B NARA exam (18 USC 2902) [(1) (B)]

C State/Fed.l proceedings on other charges [(1) (D)]

D Interlocutory appeal [(1)(E)]

E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]

F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 6a [(1)(G)]

G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]

H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]

5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]

6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]

7 Consideration by Court of proposed plea agreement [(1)(I)]

I Prosecution deferred by mutual agreement [(2)]

M Unavailability of defendant or essential witness [(3)(A,B)]

N Period of mental/physical incompetence of def. to stand trial [(4)]

O Period of NARA commitment/treatment [(5)]

P Superseding indictment and/or new charges [(6)]

R Def. awaiting trial of co-defendant & no severance has been granted [(7)]

T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]

T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,i)]

T2 Case unusual or complex [(8)(B,ii)]

T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]

T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]

U Time up to withdrawal guilty plea, 3161(i)

W Grand Jury indictment time extended 30 more days, 3161 (b)

I

Spanish

PMP(RJJ)

CRIMINAL DOCKET U.S. District Court

| PO | 0978 | 2 | Assigned 7810 | WRIT | U.S. vs. | QUINTERO, FRANCISCO | Filed Mo. 8 Day 14 Yr. 91 | Docket No. 91 0191 | Def. 04 |
|---|---|---|---|---|---|---|---|---|---|
| Misd. | | | Disp./Sentence | JUVENILE | | (LAST, FIRST, MIDDLE) | No. of Def's 5 | U.S. MAG. CASE NO. 91-280-M-L | |
| Felony X | District | Off | Judge/Magistr. | ALIAS / OFFENSE ON INDEX CARD | | closed | | | |

NED

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | |
|---|---|---|---|
| 18/371 | CONSPIRACY TO VIOL 18/472 | CT 1 | 1 |
| 18/472 | POSSESSION OF COUNTERFEIT US OBLIGATIONS | CT 2 | 1 |
| 18/2 | AIDING AND ABETTING IN VIOL OF 18/472 | CT 2 | 1 |

SUPERSEDING COUNTS

DISM. / NG

## II. KEY DATE

INTERVAL ONE: X arrest; sum'ns; custody; appears—on complaint

KEY DATE: 8/8/91 — EARLIEST OF

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)

KEY DATE: 8/14/91 — APPLICABLE

X Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony-W/waiver

KEY DATE: a) 1st appears on pending charge /R40; b) Receive file R20/21; c) Supsdg: Ind Inf; d) Order New trial; e) Remand; f) G/P Withdrawn

END INTERVAL TWO — KEY DATE — APPLICABLE: Dismissal; Pled guilty; Nolo; After N; After n; Trial (voir dire) beg; Jury; N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds W.P. WOP | on mot / on g mot |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## III. MAGISTRATE

| | | DATE | INITIAL/NO. |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT | | | |

INITIAL APPEARANCE DATE

PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled; Date Held

WAIVED; NOT WAIVED; INTERVENING INDICTMENT

Tape Number

INITIAL/NO.

OUTCOME: DISMISSED; HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest — OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information:

1) Lasprilla 2) Campo 3) Sandoval 5) Teran

RULE 20 21 40 In

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U.S. Attorney or Asst.

ANTHONY S. MURRY AUSA
701 E. Bridger Av #800, Las Vegas, NV 89101 (702) 388-6336

Defense: 1 X CJA. 2 Ret. 3 Waived. 4 Self. 5 Non / Other. 6 PD. 7 CD

~~1033 Jefferson Av~~
~~Elizabeth, NJ 07201~~

146 Chilton Hall #C-1
Elizabeth, NJ 07202

SSN: 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

GUIDELINE

Cal Potter
1125 Shadow Ln
Las Vegas, NV 89102
Voucher #0446344

8vv
BOND INFO 10%
TYPE 5,000.00
POSTED 8-14-91
EXON'D 7/9/92
PENGAD-Bayonne, N.J.

BAIL • RELEASE

PRE-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. R; PSA; AMOUNT SET $; Conditions: 10% De; Surety; Collateral; 3rd Prty; Other; Date Set; Bail Not Made; Date Bond Made

POST-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers.; PSA; AMOUNT SET $; Conditions: 10% D; Surety; Collat; 3rd Pr; Other; Date Set; Bail Not Made; Date Bond Made

I

APPEALS FEE PAYMENTS

Docket Entries Begin On Reverse Side

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

| DATE | Yr. Docket No. Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___ |
|---|---|---|---|

DOCUMENT NO.

(OPTIONAL) Show last names of defendants

V. PROCEEDINGS

VI EXCLUDABLE DELAY

| Start Date End Date | Ltr. Code | Total Days |
|---|---|---|

SPEEDY TRIAL CALCULATIONS

Interval I

Gross days - 6
Less excludable - 0
Net days - 6

Interval II
Gross days - 233
Less excludable - T-205
Net days - 28

LETTER CODES

For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1) (A)]

B NARA exam (18 USC 2902) [(1) (B)]

C State/Fed.l proceedings on other charges [(1) (D)]

D Interlocutory appeal [(1)(E)]

E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]

F Transfer from other district per FRCrP 20 21 or 40 or Mag. Rule 6a [(1)(G)]

G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]

H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]

5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]

6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]

7 Consideration by Court of proposed plea agreement [(1)(I)]

I Prosecution deferred by mutual agreement [(2)]

M Unavailability of defendant or essential witness [(3)(A,B)]

N Period of mental/physical incompetence of def. to stand trial [(4)]

O Period of NARA commitment/treatment [(5)]

P Superseding indictment and/or new charges [(6)]

R Def. awaiting trial of co-defendant & no severance has been granted [(7)]

T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]

T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]

T2 Case unusual or complex [(8)(B,ii)]

T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]

T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]

U Time up to withdrawal guilty plea, 3161(i)

W Grand Jury indictment time extended 30 more days, 3161 (b)

I

CONTINUED TO PAGE ___

Spanish

CRIMINAL DOCKET - U.S. District Court

| PO / Misd. / Felony | District | Off | Assigned / Disp./Sentence | Judge/Magistr. |
|---|---|---|---|---|
| Felony X | 0978 | 2 | 7810 | |

WRIT / JUVENILE / ALIAS / OFFENSE ON INDEX CARD

U.S. vs. TERAN, MARIBEL (LAST, FIRST, MIDDLE)

closed

Date Filed: Mo. 8 Day 14 Yr. 91 — Docket No. 91 0191 Def. 05

No. of Def's 5 — U.S. MAG. CASE NO. 91-280-M-L

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | |
|---|---|---|---|
| 18/371 | CONSPIRACY TO VIOL 18/472 | CT 1 | 1 |
| 18/472 | POSSESSION OF COUNTERFEIL US OBLIGATIONS | CT 2 | 1 |
| 18/2 | AIDING AND ABETTING IN VIOL OF 18/472 | CT 2 | 1 |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE: 8/8/91 — EARLIEST OF: X arrest; sum'ns; custody; appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE: 8/14/91 — APPLICABLE: X Indictment filed/unsealed; consent to Magr. trial on complaint; Information; Felony-W/waiver

a) 1st appears on pending charge /R40; b) Receive file R20/21; c) Supsdg: Ind Inf; d) Order New trial; e) Remand; f) G/P Withdrawn

END INTERVAL TWO — KEY DATE — APPLICABLE: Dismissal; Pled guilty; Nolo; After N.G.; After nolo; Trial (voir dire) began; Jury; N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds W.P. WOP

## III. MAGISTRATE

| | | DATE | INITIAL/NO. |
|---|---|---|---|
| Search Warrant | Issued | | |
| | Return | | |
| Summons | Issued | | |
| | Served | | |
| Arrest Warrant Issued | | | |
| COMPLAINT | | | |

INITIAL APPEARANCE DATE — PRELIMINARY EXAMINATION OR REMOVAL HEARING: Date Scheduled; Date Held — WAIVED; NOT WAIVED; INTERVENING INDICTMENT — Tape Number

OUTCOME: DISMISSED; HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Date of Arrest — OFFENSE (In Complaint)

Show last names and suffix numbers of other defendants on same indictment/information:

1) Lasprilla 2) Campo 3) Sandoval 4) Quintero

RULE: 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS

U. S. Attorney or Asst.

ANTHONY S. MURRY AUSA
701 E. Bridger Av #800, Las Vegas, NV 89101 (702) 388-6336

Defense: 1 X CJA. 2 Ret. 3 Waived. 4 Self. 5 Non / Other. 6 PD. 7 CD

1033 Jefferson Av #4
Elizabeth, NJ

SSN: 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

GUIDELINE

Douglas C. Crawford
526 S 7th St
Las Vegas, NV 89101
Voucher #0446343

#8 BOND INFO
TYPE 10% 10,000.00
POSTED 8-12-91
EXON'D 7/9/92

BAIL • RELEASE

PRE-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; PSA; AMOUNT SET $; Conditions: 10% Dep.; Surety Bnd; Collateral; 3rd Prty; Other; Date Set; Bail Not Made; Date Bond Made

POST-INDICTMENT: Release Date; Bail Denied; Fugitive; Pers. Rec.; PSA; AMOUNT SET $; Conditions: 10% Dep.; Surety Bnd; Collateral; 3rd Prty; Other; Date Set I; Bail Not Made; Date Bond Made

APPEALS FEE PAYMENTS

Docket Entries Begin On Reverse Side

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

DATE

DOCUMENT NO.

Yr. Docket No. Def.

MASTER DOCKET - MULTIPLE DEFENDANT CASE

PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

PAGE ___ OF ___

VI EXCLUDABLE DELAY

Start Date / End Date | Ltr. Code | Total Days

(OPTIONAL) Show last names of defendants

## V. PROCEEDINGS

SPEEDY TRIAL CALCULATIONS

Interval I
Gross days - 6
Less excludable - 0
Net days - 6

Interval II
Gross days - 233
Less excludable - T=205
Net days - 28

I

CONTINUED TO PAGE ___

LETTER CODES

For identifying periods of excludable delay per 18 USC 3161 (h) [Sections in brackets]

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1) (A)]

B NARA exam (18 USC 2902) [(1) (B)]

C State/Fed.l proceedings on other charges [(1) (D)]

D Interlocutory appeal [(1)(E)]

E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]

F Transfer from other district per FRCrP 20.21 or 40 or Mag. Rule 6a [(1)(G)]

G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]

H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]

5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]

6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]

7 Consideration by Court of proposed plea agreement [(1)(I)]

I Prosecution deferred by mutual agreement [(2)]

M Unavailability of defendant or essential witness [(3)(A,B)]

N Period of mental/physical incompetence of def. to stand trial [(4)]

O Period of NARA commitment/treatment [(5)]

P Superseding indictment and/or new charges [(6)]

R Def. awaiting trial of co-defendant & no severance has been granted [(7)]

T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]

T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,i)]

T2 Case unusual or complex [(8)(B,ii)]

T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]

T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]

U Time up to withdrawal guilty plea, 3161(i)

W Grand Jury indictment time extended 30 more days, 3161 (b)

CR-S-91-191-PMP(RJJ)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

U. S. vs JULIAN LASPRILLA et al

AO 256A

Page 2

Yr. | Docket No. | Def.

V. EXCLUDABLE DELAY

| DATE | (Document No.) | PROCEEDINGS (continued) | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| | | | | MBT 10-23-91 | | |
| 8/14/91 | 1 | **INDICTMENT** o/d 8/8/91 lgm | | | | |
| -- | - | **JS-2** re: D/Lasprilla (AT) lgm | | | | |
| -- | - | **JS-2** re: D/Campo (AT) lgm | | | | |
| -- | - | **JS-2** re: D/Sandoval (AT) lgm | | | | |
| -- | - | **JS-2** re: D/Quintero (AT) lgm | | | | |
| -- | - | **JS-2** re: D/Teran (AT) lgm | | | | |
| -- | 2 | **AO-257** re: D/Lasprilla lgm | | | | |
| -- | 3 | **AO-257** re: D/Campo lgm | | | | |
| -- | 4 | **AO-257** re: D/Sandoval lgm | | | | |
| -- | 5 | **AO-257** re: D/Quintero lgm | | | | |
| -- | 6 | **AO-257** re: D/Teran lgm | | | | |
| -- | 7 | **MINUTES OF GRAND JURY** re: all D's (LRL) ORD Summons to iss, A/P set for 8/23/91 @ 8:30 am bfr RJJ (C/R Ariel Chacon) cps dist lgm | | | | |
| -- | - | **SUMMONS** issd to USM (5), A/P set for 8/23/91 @ 8:30 am lgm | | | | |
| -- | 8 | **TRANSCRIPT OF MAGISTRATE PAPERS** frm dist of NV Mag case #91-280-M-LRL<br>a) **COMPLAINT** issd 8/9/91 re: all D's<br>b) **WARRANT** issd to USM re: D/Lasprilla<br>c) **WARRANT** issd to USM re: D/Campo<br>d) **WARRANT** issd to USM re: D/Sandoval<br>e) **WARRANT** issd to USM re: D/Quintero<br>f) **WARRANT** issd to USM re: D/Teran<br>g) **WARRANT** w/USM ret, D/Lasprilla arr 8/8/91<br>h) **WARRANT** w/USM ret, D/Campo arr 8/8/91<br>i) **WARRANT** w/USM ret, D/Sandoval arr 8/8/91<br>j) **WARRANT** w/USM ret, D/Quintero arr 8/8/91<br>k) **WARRANT** w/USM ret, D/Teran arr 8/8/91<br>l) **MINUTES OF INITIAL APPEARANCE** dtd 8/9/91 re: D/ Lasprilla (William D/ Jansen) ORD 1) FPD appntd cnsl 2) Prelim hrng set for 8/23/91 @ 4:00 pm 3) Bond, $5,000.00, 10% cash set 4) Bond not executd, D to remain in cstdy of USM pndng pstng of csh & passprt surr to P/T (Tape 91-1-66) (Interp: German Santanilla)<br>m) **MEMORANDUM** re: bond D/Lasprilla<br>n) **ORDER** re: D/Lasprilla dtd 8/9/91 (LRL) ORD FPD appntd cnsl, USM to srv subp<br>o) **FINANCIAL AFFIDAVIT** re: D/Lasprilla | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code

I

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

CR-S-91-191-PMP(RJJ)

AO 256A

JULIAN LASPRILLA et al



| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 8/14/91 | 8 | p) **MINUTES OF INITIAL APPPEARANCE** dtd 8/9/91 re: D/Campo (William D. Jansen) ORD 1) FPD appntd cnsl 2) Prelim hrng set for 8/23/91 @ 4:00 pm 3) Bond set $5,000.00 w/10% cash (see doc for spec conds) 4) Bond not exectd, D to remain in cstdy of USM pndng pstng bail (Tape #91-1-66)<br>q) **MEMORANDUM** dtd 8/9/91 re: bond on D/Campo<br>r) **ORDER** dtd 8/9/91 re: D/Campo (LRL) ORD FPD appntd cnsl, USM to srv subp<br>s) **FINANCIAL AFFIDAVIT** re: D/Campo<br>t) **MINUTES OF INITIAL APPEARANCE** dtd 8/9/91 re: D/Sandoval (William D. Jansen) ORD 1) FPD appntd cnsl 2) Prelim hrng set for 8/23/91 @ 4:00 pm 3) Pre trl detentn ord, wrttn ord to fllw (Tape 91-1-66) (Interp: German Santanillo)<br>u) **ORDER** dtd 8/9/91 re: D/Sandoval (William D. Jansen) ord detention pndng trl<br>v) **ORDER** dtd 8/9/91 re: D/Sandoval (LRL) ORD FPD appntd cnsl, USM to srv subp<br>w) **FINANCIAL AFFIDAVIT** re: D/Sandoval<br>x) **MINUTES OF INITIAL APPEARANCE** dtd 8/9/91 re: D/Quintero (William D. Jansen) ORD 1) FPD appntd cnsl 2) Prelim hrng set for 8/23/91 @ 4:00 pm 3) Pretrl detentn ord, wrttn ord to fllw (Tape 91-1-66)(Interp: German Santanilla)<br>y) **ORDER** dtd 8/9/91 re: D/Quintero (William D. Jansen) ord detentn pndng trl<br>z) **ORDER** dtd 8/9/91 re: D/Quintero (LRL) ORD FPD appntd cnsl, USM to srv subp<br>aa) **FINANCIAL AFFIDAVIT** re: D/Quintero<br>bb) **MINUTES OF INITIAL APPEARANCE** dtd 8/9/91 re: D/Teran (William D. Jansen) ORD 1) FPD appntd cnsl 2) Pre lim hrng set for 8/23/91 @ 4:00 pm 3) Bond set @ $5,000.00 w/10% cash 4) Bond not exectd, D to remain in cstdy of USM pndng pstng of csh & passport surr to P/T (Tape 91-1-66) (Interp: Maria Peters)<br>cc) **ORDER** dtd 8/9/91 re: D/Teran (LRL) ORD FPD appntd cns, USM to srv subp<br>dd) **FINANCIAL AFFIDAVIT re:** D/Teran<br>ee) **CJA-20** re:D/Lasprilla, Wllm H. Smith appntd (Voucher #0446346)<br>ff) **CJA-20** re: D/Campo, William Carrico appntd (Voucher #0446345)<br>gg) **CJA-20** re: D/Quintero, Cal Potter appntd (Voucher #0446344)<br>hh) **CJA-20** re: D/Teran, Douglas C. Crawford appntd (Voucher #0446343)<br>ii) **BOND** re: D/Lasprilla, $10,000.00, 10% pstd 8/9/91 (Bond exon:_______________)<br>jj) **AFFIDAVIT** re: bond pstd obo D/Lasprilla<br>kk) **RECEIPT** acknldg surr of passport to P/T srvs obo D/Lasprilla | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

I

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs

JULIAN LASPRILLA et al

AO 256A

Page 4

Yr. | Docket No. | Def.

| DATE | (Document No.) | PROCEEDINGS (continued) |
|---|---|---|
| 8/14/91 | 8 | **TRANSCRIPT OF MAGISTRATE PAPERS (con't)**<br>ll) **BOND** pstd obo D/Campo, $10,000.00 10% csh pstd 8/12/91<br>(Bond exon:__________)<br>mm) **AFFIDAVIT** re: bnd pstd obo D/Campo<br>nn) **BOND** PSTD 8/12/91 obo D/Teran, $10,000.00, 10% csh<br>(Bond exon: 7/9/92)<br>oo) **AFFIDAVIT** re: bnd pstd obo D/Teran<br>pp) **RECEIPT** acknldg surr of passport to P/T srvc obo D/Teran<br>qq) **STIPULATION** obo D/Sandoval & Quintero to reopen detentn and set relse conds<br>rr) **MINS OF COURT** dtd 8/14/91 re: D/Quintero & Sandoval (RJJ) ORD 1) Bond set at $5,000.00 w/10% cash, (see doc for spec conds) re: D/Quintero 2) Bond set at $5,000.00 w/10% cash (see doc for spec conds) re: D/Sandoval (C/R Patricia Lofft)<br>ss) **BOND** dtd 8/14/91, re: D/Sandoval $10,000.00, 10% csh<br>(Bond exon:__________)<br>tt) **AFFIDAVIT** re: bnd pstd obo D/Sandoval<br>uu) **MEMORANDUM** re: Bond for D/Sandoval<br>vv) **BOND** pstd 8/14/91 obo D/Quintero, $10,000.00 10% csh<br>(Bond exon: 7/9/92)<br>ww) **AFFIDAVIT** re: bnd pstd obo D/Quintero<br>xx) **MINUTE ORDER** dtd 8/14/91 re: all D's 1) Pre lim hrng set vactd 2) A/P set for 8/23/91 @ 8:30 am bfr RJJ cps dist lgm |
| 8/16/91 | 9 | **SUMMONS** w/USM ret, D/Lasprilla srvd lgm |
| -- | 10 | **SUMMONS** w/USM ret, D/Campo srvd lgm |
| -- | 11 | **SUMMONS** w/USM ret, D/Quintero srvd lgm |
| -- | 12 | **SUMMONS** w/USM ret, D/Teran srvd lgm |
| 8/19/91 | 13 | **EXPARTE MOTION/ORDER** re: D/Campo (LRL) ORD USM shll arrng for D's noncstdl trans or furnsh fare for tran to LV, NV frm Elizabeth, NJ on or bfr 8/23/91. Furthr ord USM shll frnsh D w/money for necess subsistnc expnses cps dist lgm |
| 8/21/91 | 14 | **STIPULATION/FINDINGS FO FACT/ORDER** re: D/ Lasprilla dtd 8/20/91 (LRL) ORD A/P cont to 9/6/91 @ 8:30 am bfr RJJ cps dist (AT) lgm |
| 8/22/91 | 15 | **SUMMONS** w/USM ret, D/Sandoval srv c/o FPD lgm |
| 8/23/91 | 16 | **EXPARTE MOTION/ORDER** re: D/Sandoval (RJJ) ORD USM shll arrng for D's non cstdl trans or furnsh fare for trans to New Jersey frm LV on or bfr 8/26/91, furthr ord USM shll frnsh D w/money for necess subsistnc expnses cps dist lgm |

V. EXCLUDABLE DELAY (a) (b) (c) (d)

I

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

CR-S-91-191-PMP(RJJ)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

JULIAN LASPRILLA



| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 8/23/91 | 17 | **EXPARTE MOTION/ORDER** re: D/Quintero (PMP) ORD USM Shll arr for D's noncstdl trans or furnsh fare for trans to Elizabeth, NJ frm LV, NV on or bfr 8/26/91. Frthr ord USM shll furnsh D w/Money for necess subsistnc expnses Cps dist 1gm | | | | |
| -- | 18 | **ORDER** re: P/T prcdur re: D/Campo, Sandoval, Quintero & Teran (PMP) ORD p/t mtns due 9/6/91 w/rspn due 9/20/91 cps dist 1gm | | | | |
| 8/26/91 | 19 | **MINUTES OF ARRAIGNMENT/PLEA re:** D/Campo dtd 8/23/91 (RJJ) ORD A/P cont to 8/30/91 bfr LRL cps dist (C/R Pat Lofft) 1gm (AT) | | | | |
| -- | 20 | **MINUTES OF ARRAIGNMENT/PLEA** re: D/Sandoval dtd 8/23/91 (RJJ) ORD 1) T/N: same 2) D plds NG to cts 1 & 2 3) opn fle plcy aftr jnt statmnt signd 4) J/T set for 10/7/91 @ 8:30 am w/cal call 10/2/91 @ 8:15 am 5) Ord re p/t prcdr entrd and cps srvd on cnsl 6) Tapes to be prvd to def cnsl 7) Def cont on prsnt trms o relse (C/R Pat Lofft) cps dist 1gm (AT) | | | | |
| -- | 21 | **MINUTES OF ARRAIGNMENT/PLEA** re: D/Quintero dtd 8/23/91 (RJJ) ORD 1) T/N: Francisco Javier Quintero 2) D plds NG to cts 1 & 2 3) Opn fle plcy aftr jnt statmnt 4) J/T set for 10/7/91 @ 8:30 am w/cal call 10/2/91 @ 8:15 am 5) Ord re: p/t prcdr entrd and cps are srvd on cnsl 6) Tapes to be provded to def cnsl 7) D cont on prsnt trms of relse (C/R Pat Lofft) cps dist (AT) 1gm | | | | |
| -- | 22 | **MINUTES OF ARRAIGNMENT/PLEA** re: D/Teran dtd 8/23/91 (RJJ) ORD 1) T/N: Same 2) D plds NG to cts 1 & 2 3) Opn fle plcy aftr jnt statmnt signd 4) J/T set for 10/7/91 @ 8:30 am w/cal call set for 10/2/91 @ 8:15 am 5) Ord re p/t prcdr entrd and cps srvd on cnsl 6) Tapes to be prvded to defnse cnsl 7) D cont on prsnt trms of relse (C/R Pat Lofft) cps dist (AT) 1gm | | | | |
| 8/27/91 | 23 | **EXPARTE MOTION/ORDER** re: D/Campo (PMP) ORD USM shll arr for D's noncstdl trans or furnsh fare for trans frm Elizabeth, NJ to LV, NV on or bfr 8/30/91. Furthr ord USM shll furnsh D w/money for necess subsistnc expenses cps dist 1gm | | | | |
| 8/28/91 | 24 | **JOINT DISCOVERY STATEMENT** re: D/Lasprilla 1gm | | | | |
| -- | 25 | **JOINT DISCOVERY STATEMENT** re: D/Sandoval 1gm | | | | |
| -- | 26 | **JOINT DISCOVERY STATEMNET** re: D/Quintero 1gm | | | | |
| 8/30/91 | 27 | **JOINT DISCOVERY STATEMENT** re: D/Teran 1gm | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

I

CR-S-91-191-PMP(RJJ)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

JULIAN LASPRILLA et al



| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 11/4/91 | 38 | **ORDER** re: D's mtns to sever (#34,35 & 36) (RJJ) ORD 1) Gvrnmnt shll sbmt statmnt on or bfr 11/8/91 indictng whthr statmnts of co-d's Quintero & Teran will be prsntd to jry at trl 2) Gvrnmnt shll sbmt redctd versn of confssns which wld be admssble in a jnt trl (EOD 11/4/91) cps dist (AT) 1gm | | | | |
| 11/6/91 | 39 | **SUBMISSION** of redactd statmnt obo gvrnmnt in compliance w/ord fld 11/4/91 (#38) (m) 1gm | | | | |
| 11/12/91 | -- | Sub to RJJ #39. PV | | | | |
| 11/21/91 | 40 | **STIPULATION/FINDINGS OF FACT/ORDER** re: all D's (PMP) ORD 1) Trl set for 2/3/92 vctd and cont to 4/6/92 @ 8:30 am w/cal call 4/1/92 @ 8:15 am cps dist (AT) 1gm | 33<br>40 | 2-4-92<br>4-6-92<br>MBT 5/18/92 | | 63 |
| 12/10/91 | 41 | **ORDER** re: D/ Sandoval, Teran & Quintero (RJJ) ORD 1) D/Sandoval's mtn for jndr (#36) GRANTED 2) D/Terans mtn to sevr (#34) DENIED 3) D/Qunitero's mtn for svrnce (#35) DENIED (EOD 12/10/91) cps dist (AT) 1gm | | | | |
| 12/11/91 | 42 | **EX PARTE MOTION/ORDER** re: D/Campo (PMP) ORD Atty William Carrico's mth to withdraw as cnsl GRANTED cps dist (AT) 1gm | | | | |
| 1/27/92 | 43 | **STIPULATION/ORDER** (PMP) ORD Gvrnmnt grntd lv to late file notc of intnt to use tapes (p) cps dist (AT) 1gm | | | | |
| -- | 44 | **NOTICE** of gvrnmnts intnt to use tape recrdings as evdnc at trl (m) 1gm | | | | |
| 3/20/92 | 45 | **ORDER** re: all D's ORD Trl set for & cnsl to subp wits for 4/6/92 @ 8:30 am w/cal call 4/1/92 @ 8:15 am (see doc for spec conds) cps dist (AT) 1gm | | | | |
| 3/30/92 | 46 | X **MOTION** by atty William H. Smith re: D/Lasprilla to wthdrw as atty of recrd (m) 1gm (Dispo: #47 GRANTED | | | | |
| 3-30-92 | - | Sub #46 to PMP. nd | | | | |
| 3/31/92 | 47 | **ORDER** re: Atty Smith's mtn to wthdrw as cnsl for D/ Lasprilla (PMP) ORD Mtn GRANTED (EOD 3/31/92) cps dist (AT) 1gm | | | | |
| 4/1/92 | 48 | **PETITION/ORDER** re: D/Lasprilla dtd 3/31/92 (RJJ) ORD Warr to iss on p/t relse conds cps dist (AT) 1gm | | | | |
| -- | - | **WARRANT** issd to USM re: D/Lasprilla 1gm | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs

CR-S-91-191-PMP(RJJ)

AO 256A

JULIAN LASPRILLA et al

Page 6

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 8/30/91 | 28 | **MINUTES OF ARRAIGNMENT/PLEA** re: D/Campo (LRL) ORD D not presnt, Warr to iss (C/R Pat Lofft) cps dist (AT) lgm | | | | |
| 9/3/91 | - | **WARRANT** issd to USM re: D/Campo lgm | | | | |
| 9/4/91 | 29 | **EXPARTE MOTION/ORDER** re: D/Lasprilla (LRL) ORD USM shll arrnge for D's noncstdl trans or furnsh fare from NY City, NY to Las Vegas, NV on or bfr 12/31/88. Furthr USM shll arrnge for D's noncstdl trans or frnsh fare frm LV, NV to NY City, NV Frthr ord USM shll frnsh D w/amt of money necssry for subsistnc expnses cps dist lgm | | | | |
| 9/6/91 | 30 | **MINUTES OF ARRAIGNMENT/PLEA** re: D/Lasprilla (RJJ) ORD 1)T/N: same 2) D plds NG to cts 1-3 3) Opn fle plcy 4) J/T set for 10/7/91 @ 8:30 am w/cal call 10/2/91 @ 8:15 am 5) Ord re p/t prcdr entrd and cps srvd on cnsl 6) Tapes to be prvde to def cnsl 7) D cont on prsnt trms of relse cps dist (AT) lgm (C/R Sue Davy)(Intrp: Maria Peters) | | | | |
| -- | 31 | **ORDER** re: D/Lasprilla (PMP) ORD 1) P/T mtns due 9/18/91 w/rspn due 10/2/91 cps dist lgm | | | | |
| 9/12/91 | 32 | **STIPULATION/FINDINGS OF FACT/ORDER** re: all D's (PMP) ORD 1) P/T mtns cont to 9/20/91 w/rspn due 10/4/91 2) Trl set for 10/7/91 vctd and cont to 12/2/91 @ 8:30 am w/cal call/pt confrnce 11/27/91 @ 8:15 am cps dist (AT) lgm (18/3161(h)(8)(B)(i) and 3161 (h)(8)(B)(iv) cited) | 32 | 9-12-91 / 12-2-91 / ~~MBT 1/13/92~~ | T | 82 |
| 9/25/91 | 33 | **STIPULATION/FINDINGS OF FACT/ORDER** re: All D's (PMP) ORD 1) P/T mtns due 10/18/91 w/rspn due 11/1/91 2) Trl dtd of 12/2/91 vctd and cont to 2/3/92 @ 8:30 am w/cal call 1/29/91 @ 8:15 am (18/3161(h)(8)(B)(i) & 3161(h)(8)(B)(iv) cited) cps dist (AT) lgm | 32 / 33 / MBT | 12-3-91 / 2-3-92 / 3/16/92 | T | 63 |
| 10/18/91 | 34 | X **MOTION** obo D/Teran to sevr cnts 1 & 2 frm indctmnt & grnt seprat trl (m) lgm (Dispo: #37 RSPN, #38 #41 DENIED | | | | |
| -- | 35 | X **MOTION** obo D/Quintero for severance (m) lgm (Dispo: #37 RSPN, #38 #41 DENIED | | | | |
| 10/22/91 | 36 | X **JOINDER** obo D/Sandoval to Join in D/Teran mtn to sever (#34) (m) lgm (Dispo: #37 RSPN, #38 #41 GRANTED | | | | |
| 10/29/91 | 37 | **RESPONSE** obo gvrnmnt to mtns #34,35,36 (m) lgm | | | | |
| 10/30/91 | -- | Sub to RJJ #34, 35, 36 & 37, RJ | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

I

CR-S-91-191-PMP(RJJ)
CR-S-91-191-03-HDM(RJJ)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

JULIAN LASPRILLA et al



| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 4/7/92 | 60 | **JURY INSTRUCTIONS** re: D/Sandoval lgm | | | | |
| -- | 61 | **MINUTES OF JURY TRIAL** (Day 1) dtd 4/6/92 re: D/Sandoval (HDM) ORD Trl cont to 4/7/92 @ 8:30 am (C/R Donna Casey) cps dist (AT) lgm | | | | |
| -- | 62 | **MINUTES OF JURY TRIAL** (Day 2) re: D/Sandoval (HDM) ORD Vrdct read, Jry plld 1) Vrdct of jry be recrded & Jdgmnt of acqttl eb entrd as to each ct 2) D's mtn that crt drct USM to prvd trans expnses DENIED w/o prjdc (C/R Donna Casey) cps dist (AT) lgm | | | | |
| -- | 63 | **VERDICT** re: D/Sandoval, jry fnds D NG on CTS 1 & 2 cps dist (AT) lgm | | | | |
| 4/9/92 | 64 | **JUDGMENT OF ACQUITTAL** re: D/Sandoval (HDM) ORD D fnd NG, D acqttd, dschargd & any bnd exneratd (EOD 4/10/92) cps dist (AT) lgm | | | | |
| 4/22/92 | 65 | **EXPARTE MOTION/ORDER** re: D/Teran dtd 4/21/92 (RJJ) ORD USM shll arrng for D's noncstdl trans or frnsh fare frm Elizabeth, NJ to LV, NV on or bfr 7/2/92. Frthr ord USM shll frnsh the D w/amnt of mny for nec subsistnc expnses whle en rte cps dist lgm | | | | |
| | - | **JS-3** re: D/Sandoval | | | | |
| 6/26/92 | 66 | **MEMORANDUM OF INFORMATION** re: D/Quintero lgm | | | | |
| -- | 67 | **MEMORANDUM OF INFORMATION** re: D/Teran lgm | | | | |
| 6/30/92 | 68 | **EX PARTE MOTION/ORDER** re: D/Teran dtd 6/29/92 (RJJ) ORD USM shll arrng for D's noncstdl trans on or bfr 7/2/92 to LV, NV. D shll pay expnse for ret airfr to Elizabeth, NJ . Frthr USM shll frnsh D w/amnt of mny for nesscry expnses cps dist (AT) lgm | | | | |
| 7/7/92 | 69 | **MINUTES OF SENTENCING** re: D/Quintero dtd 7/2/92 (PMP) ORD As to CT 2 1) Prob grntd 2) Assessmnt 3) Restitutn 4) CT 1 dismd 5) Bond exon 6) USM shll pay for ret trans of D (C/R Danie Kakazu) (Intrp: A. Samuel Adelo) cps dist (AT) lgm | | | | |
| -- | 70 | **JUDGMENT** re: D/Quintero dtd 7/2/92 (PMP) ORD As to CT 2 1) $50.00 spec assessmnt 2) 18 mths prob (see doc for spec conds) 3) $4,500.00 restitutn 4) CT 1 DISMD (EOD 7/7/92) cps dist (AT) lgm | | | | |
| -- | -- | **JS-3** re: D/Quintero lgm | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

I

CR-S-91-191-PMP(RJJ)
CR-S-91-191-03-HDM(RJJ)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs

JULIAN LASPRILLA et al

AO 256A

Yr. Page 8 Docket No. Def.

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 4/1/92 | 49 | **EXPARTE MOTION/ORDER** re: D/Quintero (RJJ) ORD USM shll arrng for D's non cstdl trans or frnsh fare to LV, NV frm Newark, NJ & back on or bfr 4/3/92. USM shll frnsh D w/amnt of mny necessry for substnc expnses cps dist 1gm | | | | |
| 4/3/92 | 50 | **EXPARTE MOTION/ORDER** re: D/Sandoval dtd 4/2/92 (RJJ) ORD USM shll arrng for D's noncstdl trans or frnsh fare to LV, NV frm Elizabeth, New Jersey on or bfr 4/5/92. USM shll frnsh D w/amnt of mny necssry for substnc expnses cps dist 1gm | | | | |
| 4/3/92 | 51 | **ORDER** re: D/Quintero (RJJ) ORD Exparte ord (#49) amnded as fllws: USM shll arrng for D's non cstdl trans to LV, NV frm Neward, NJ on or bfr 4/3/92. cps dist 1gm | | | | |
| 4/6/92 | 51 | **MINUTES OF CHANGE OF PLEA** re: D/Quintero dtd 4/3/92 (PMP) ORD 1) D allwd to wthdrw NG plea to CT 2 & plds G to CT 2, crt accpts plea 2) Non-bndng plea agrmnt 3) I/S & dispo of remning cts set for 7/2/92 @ 4:00 pm 4) Refrrd to prob dept for p/s invstgatn/ rpt 5) D cont on prsnt trms of relse 6) Sent gdlines apply (C/R Pat Loff) (Intrp: Mercedes Timmins) (AT) 1mg | | | | |
| -- | 52 | **PLEA MEMORANDUM** re: D/Quintero 1gm | | | | |
| -- | 53 | **MINUTES OF CHANGE OF PLEA** re: D/Teran dtd 4/3/92 (PMP) ORD 1) D allwd to wthdrw NG plea to CT 2 & plds G to CT 2, crt accpts plea 2) Non-bndng plea agrmnt 3) I/S & dispo of remning cts set for 7/2/92 @ 4:00 pm 4) refrrd to prob dept for p/s invstgtn/ rpt 5) D cont on prsnt trms of relse 6) Sent gdlines apply (C/R Pat Lofft) (Intrp: Mercedes Timmins) (AT) 1gm | | | | |
| -- | 54 | **PLEA MEMORANDUM** re: D/Teran 1gm | | | | |
| -- | 55 | **PROPOSED JURY INSTRUCTIONS** obo gvrnmnt re: D/Sandoval 1gm | | | | |
| -- | 56 | **REVISED EXHIBIT LIST** obo gvrnmnt re: D/Sandoval 1gm | | | | |
| -- | 57 | **PROPOSED JURY INSTRUCTIONS** obo D/Sandoval 1gm (CPY) | | | | |
| 4/7/92 | 58 | **TRIAL MEMORANDUM** re: D/Sandoval obo gvrnmnt 1gm | | | | |
| -- | 59 | **MINUTE ORDER** re: D/Sandoval dtd 4/6/92 (HDM) ORD As to D ONLY, cse # now CR-S-91-191-HDM(RJJ) cps dist (AT) 1gm | | | | |

I

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

JULIAN LASPRILLA et al



| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 10/18/95 | 80 | **MINUTES OF CHANGE OF PLEA** re: D/Campo (PMP) ORD 1) D allwd to wthdrw NG plea to CT 2 & plds G to sme; crt accpts plea 2) Bndng plea agremnt; crt dfrs acceptnce or rejctng till I/S 3) I/S & dispo of remning cts set for 1/18/96 @ 3:30 pm 4) Refrrd to prob dept for p/s invstigatn/rpt 5) Trl dt vctd 6) D cont on prsnt trms of relse (C/R: K.Spataro) cps dist (AT) lgm | | | | |
| -- | 81 | **PLEA MEMORANDUM** re: D/Campo lgm | | | | |
| 1/19/96 | 82 | **MINUTES OF SENTENCING** re: D/Campo dtd 1/18/96 (PMP) ORD As to CT 2: 1) Prob grntd 2) Assessmnt 3) restitutn 4) Cys 1 & 4 DISMD 5) Bond exon (C/R K. Spataro) cps dist (AT) lgm | | | | |
| -- | 83 | **JUDGMENT** re: D/Campo dtd 1/18/96 (PMP) ORD As to CT 2: 1) $50.00 assessmnt 2) 18 mths prob (see doc for spec conds) 3) $4,500.00 restutn 4) Cts 1 & 4 DISMD (EOD 1/19/96) cps dist (AT) lgm | | | | |
| -- | -- | **JS-3** re: D/Campo lgm | | | | |
| 3/25/96 | 84 | **ORDER** (HDM) P to p/u exhbts from the Jaira Sandoval JT by 4/26/96. pv (DISPO: released 5/16/96 [illegible]) | | | | |
| 5/27/99 | 85 | **SEALED** lgm | | | | |
| 3/28/03 | 86 | **DOCKET SHEET - ALL FURTHER DOCKETING TO BE DONE IN NED** | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

I

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET U. S. vs

CR-S-91-191-PMP(RJJ)
CR-S-91-191-3-HDM(RJJ

AO 256A

JULIAN LASPRILLA et al

Page 10

| DATE | PROCEEDINGS (continued) (Document No.) | | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 7/7/92 | 71 | **MINUTES OF SENTENCING** re: D/Teran dtd 7/2/92 (PMP) ORD As to CT 2 1) Prob grntd 2) Assessmnt 3) restitutn 4) CT 1 DISMD 5) Bond exon 6) USM to pay for D's ret trans (C/R Danie Kakazu) (Intrp: A. Samuel Adelo) cps dist (AT) lgm | | | | |
| -- | 72 | **JUDGMENT** re: D/Teran dtd 7/2/92 (PMP) ORD As to CT 2 1) $50.00 spec assessmnt 2) 18 mths prob (see doc for spec conds) 3) $4,500.00 restitutn 4) CT 1 DISMD (EOD 7/7/92) cps dist (AT) lgm | | | | |
| -- | -- | **JS-3** re: D/Teran lgm | | | | |
| 7/27/92 | 73 | **WARRANT** w/USM ret, unexctd as indctd for FTA undr case CR-S-92-40-LDG(RJJ) lmg | | | | |
| 8/4/92 | -- | **RECORDERS TRANSCRIPT** re: D's Quintero & Teran dtd 7/2/92, I/S bfr PMP (C/R Dani Kakazu) cps to prob, as to ech D lgm | | | | |
| 10/5/94 | 74 | X **MOTION** obo gvrnmnt for jdgmnt of dflt & frftr of D's -CAMPO bail bond (m)(AT) lgm (Dispo: #76 Granted | | | | |
| 5/19/95 | 75 | X **MOTION** obo gvrnmnt for jdgmnt of deflt & forftr of D/Lasprilla's bnd (m)(AT) lgm (Dispo: #77 Granted | | | | |
| 5-22-95 | – | Sub #74 + 75 to PMP-nd | | | | |
| 5/22/95 | 76 | **JUDGMENT OF DEFAULT** re: D/Campo dtd 2/13/95 re bond forftr cps dist (AT) (3 CC's to USA) lgm | | | | |
| -- | 77 | **JUDGMENT OF DEFAULT** re: D/Lasprilla dtd 5/21/95 re bond forftr cps dist (AT) (3 CC's to USA) lgm | | | | |
| 7/28/95 | 78 | **TRANSCRIPT OF MAGISTRATE PAPERS** frm Dist of New Jersey Case #95-0078B-01 re D/**Giovanna Campo**<br>a. MINUTES OF PROCEEDINGS (G. Donald Haneke) dtd 7/7/95 ORD 1) FPD apptd 2) Bond set $50,000.00 P/R bond, to be co-sign by Ds mother Adela Campo by 7/14/95.<br>b. BOND, $50,000 unsec, obo D/Campo, pstd 7/7/95. (AT) (BOND EXON________________)<br>c. ORDER (G. doandl Haneke) dtd 7/7/95 ORD FPD spptd cnsl.<br>d. FIANCIAL AFFIDAVIT.<br>e. DOCKET SHEET frm Dist of NJ. bh | 28 | CAMPO 9-3-91 10-18-95 | M | 1506 |
| 10/10/95 | 79 | **MINUTE ORDER** re; D/Campo (PMP) ORD 1) Chnge of plea set for 10/18/95 @ 3:30 pm cps dist (AT) lgm | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

I